# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020
```

February 12, 2020

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *McGlynn v. Nylon Media, Inc. (1:19-cv-11520-AT)*

Dear Judge Torres,

We represent Plaintiff, David McGlynn, in the above in-captioned case. We have been in touch with Defendant discussing settlement. We respectfully request that the initial conference scheduled for February 19, 2020 be adjourned 30 days. Within that time period, if the parties do not come to a settlement Defendant will respond to the complaint.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff David McGlynn*

DENIED. The initial pretrial conference shall remain scheduled for **February 19, 2020**, at **12:40 p.m.** The parties' joint letter and proposed case management plan shall remain due today.

SO ORDERED.

Dated: February 12, 2020
       New York, New York

ANALISA TORRES
United States District Judge