UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCGLYNN,

               Plaintiff,

-against-

NYLON MEDIA, INC.,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

19 Civ. 11520 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 20, 2019, the Court ordered the parties to submit one week before the initial pretrial conference "a joint letter . . . addressing the following in separate paragraphs: (1) a brief description of the case; (2) any contemplated motions; and (3) the prospects for settlement," and "a jointly proposed Case Management Plan and Secheduling Order." ECF No. 5. On February 12, 2020, the Court again ordered the parties to submit a "joint letter and proposed case management plan." ECF No. 8. On February 13, 2020, Plaintiff submitted a letter and proposed case management plan solely on his own behalf. That submission was not joint, and thus was not compliant with the Court's orders.

Accordingly, it is ORDERED that by **February 14, 2020**, the parties shall submit a *joint* letter and a *jointly* proposed Case Management Plan and Scheduling Order, as outlined in the Court's December 20 intial pretrial conference order.

     SO ORDERED.

Dated: February 13, 2020
       New York, New York

                                             ANALISA TORRES
                                           United States District Judge